**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**MGP INGREDIENTS, INC. (01),**<br>**f/k/a MIDWEST GRAIN PRODUCTS,**<br>**INC.,**<br>        **Defendant.** | Case No.  19-40021-01-DDC |

## ORDER OF DISMISSAL

The government filed an Indictment (Doc. 1) in this case on March 6, 2019 with Midwest Grain Products, Inc. as a named defendant.  Counsel for Midwest Grain Products, Inc. filed a Motion to Dismiss (Doc. 7) on April 3, 2019.  The court held a hearing on the motion to dismiss on May 6, 2019.  Subsequently, the government secured a Superseding Indictment (Doc. 22).  It charged MGP Ingredients, Inc.  During a status conference held on June 17, 2019, government's counsel orally moved for the Indictment to be dismissed against named defendant Midwest Grain Products, Inc. without objection from its counsel.  The court granted government's oral motion to dismiss the Indictment against Midwest Grain Products, Inc. during the hearing.  This dismissal moots the Motion to Dismiss (Doc. 7), and the court directs the Deputy Clerk to terminate that motion.

        **IT IS THEREFORE ORDERED THAT** the Indictment against Midwest Grain Products, Inc. is dismissed.

2

**IT IS FURTHER ORDERED THAT** the Motion to Dismiss by Midwest Grain Products, Inc. (Doc. 7) is denied as moot.

**IT IS SO ORDERED.**

**Dated this 17th day of June, 2019, at Kansas City, Kansas.**

<u>s/ Daniel D. Crabtree</u>
**Daniel D. Crabtree**
**United States District Judge**