**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Richard L. Hathaway |
|---|---|
| Plaintiff, | |
| v. | Case No. 19-40021-01-DDC |
| MGP INGREDIENTS, INC. (01), | Andrew C. Brought, Mark A. Thornhill |
| Defendant. | |

| JUDGE: | Daniel D. Crabtree | DATE: | 11/18/2019 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

## PROCEEDINGS

☐ Arraignment & Plea          ☐ Waiver of Indictment          ☐ Felony
☒ Change of Plea               ☐ Appearance                    ☒ Misdemeanor

☐ Interpreter          ☐ Sworn          ☐ Previously Sworn

☒ Constitutional Rights Explained
☐ Declines to Waive Indictment          ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment           ☐ Information filed
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:          ☐ Read to Defendant:
    ☒ Superseding Indictment
    ☐ Information
    ☒ Number of Counts: 3

☐ Petition to Enter Plea Filed          ☒ Rule 11(c)(1)(C) Plea Agreement attached

    ☒ Previous Plea of
        ☐ Guilty     ☒ Not Guilty          Counts: 1-3 of Superseding Indictment

    ☒ Plea of GUILTY as to Counts: 3 of Superseding Indictment

    ☐ Plea of NOT GUILTY as to Counts

☒ Judgment Deferred     ☐ PSI Ordered     ☒ Sentencing set for February 24, 2020 at 1:30 p.m.
☐ Continued on Present Bail          ☐ Remanded to Custody
☐ Counts to be dismissed on Motion of the US at sentencing:
☒ OTHER:  The court defers approval of the parties' plea agreement until the time of sentencing.  The court defers the decision whether to forego a presentence investigation and report.